CHARLES S. HINCHMAN, complainant-respondent,

*v.*

PHILADELPHIA AND READING RAILWAY COMPANY, defendant-appellant.

[Argued November 20th, 1915. Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis.

*Mr. Frank S. Katzenbach,* for the appellant.

*Mr. Gilbert Collins,* for the respondent.

PER CURIAM.

So far as the decree appealed from provides for the appointment of a receiver, and the sequestration of the property of appellant company located within the State of New Jersey, we think it cannot be sustained. The remaining portions of the decree are justified by the facts proved; and to that extent the decree will be affirmed.

The respondent is entitled to costs.

*For affirmance*—None.

*For reversal*—None.

*For modification*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, WILLIAMS—13.